This document was signed electronically on April 06, 2010,
which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: April 06, 2010

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-11108 |
| DANIEL MUSCHITZ<br>VANESSA MUSCHITZ | CHAPTER 13 |
| DEBTORS | JUDGE MORGENSTERN-CLARREN |
| PROPERTY ADDRESS:<br>9083 LEAVITT ROAD<br>ELYRIA, OH 44035 | **AGREED ORDER FOR RELIEF FROM STAY** |

-------------------------------------------------------------------------------------------------------------------

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by, U.S. Bank, N.A. ("Movant"), and Debtor's Response to Motion.

Movant has alleged that good cause exists for granting the Motion and that Debtor(s), counsel for Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion. Other than the Debtor, no party filed a response or otherwise appeared in opposition to the Motion, and

The parties have entered into an agreement resolving the Motion.

**IT IS THEREFORE ORDERED:**

**1.** Debtor shall maintain regular monthly post-petition payments to U.S. Bank, N.A. outside the Chapter 13 Plan beginning with a payment due **May 1, 2010**. Failure by the Debtor to make any payment within 30 days of the date due shall constitute a default.

**2.** Upon the existence of a default, Movant's counsel shall send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns.

4. This Agreed order for Relief from Stay conforms to the standard form adopted in this District except as follows:

**a. The Debtor is currently in arrears of the post-peition payments to Movant in the sum of $15,333.08. Arrearage consists of four (4) payments of $1,300.67 each (6/09 – 9/09), four (4) late charges of $52.03 each, seven (7) payments of $1,370.48 each (10/09-4/10), six (6) late charges of $54.82 each.**

**b. The Debtor shall cure the arrears by paying the sum of $15,333.08 through the Chapter 13 Plan for which amount Movant is entitled to file a supplemental claim.**

###

SUBMITTED BY:

/s/ Erin M. Laurito
_____
Erin M. Laurito (0075531)
Jeffrey V. Laurito (0014652)
LAURITO & LAURITO, L.L.C.
35 Commercial Way
Springboro, Ohio 45066
937-743-4878
FAX: 937-743-4877
bmilstead@lauritolaw.com

Attorneys for Movant

/s/ Kenneth P. Frankel
_____
Kenneth P. Frankel (0008788)
Smith & Smith, Attorneys
110 Moore Road-PO Box 210
Avon Lake, OH 44012-0210
440-933-3231
Attorney for Debtors

PARTIES TO BE SERVED:

Daniel Muschitz, debtor
9083 Leavitt Road
Elyria, OH 44035
(served via US Mail)

Vanessa Muschitz, debtor
9083 Leavitt Road
Elyria, OH 44035
(served via US Mail)

Kenneth P. Frankel
Attorney for Debtor
PO Box 210
110 Moore Road
Avon Lake, OH 44012
(served via ECF Noticing)

Craig Shopneck
Chapter 13 Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114
(served via ECF Noticing)

Office of the U.S. Trustee
Howard M. Metzenbaum U. S. Courthouse
201 Superior Avenue
Cleveland, OH 44114-1235
(served via ECF Noticing)

Erin M. Laurito
Attorney for Movant
35 Commercial Way
Springboro, OH 45066
(served via, electronic noticing)